ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

*****************************************************************

SUPERIOR WILDERNESS ACTION NETWORK and HEARTWOOD,

Plaintiffs,

Civil No. 01 CV 000 29

v.

UNITED STATES FOREST SERVICE; JAMES SANDERS, Forest Supervisor, BRUCE SLOVER, District Ranger, and ROBERT JACOBS, Regional Forester;

Defendants;

**ORDER**

and

NORTH SHORE FOREST PRODUCTS, INC., and MINNESOTA TIMBER PRODUCERS ASSOCIATION,

Applicants for Intervention.

*****************************************************************

Based on the files and records herein, and the arguments of counsel, the court hereby grants the motion of applicants North Shore Forest Products, Inc., and Minnesota Timber Producers Association to intervene as defendants.

It is so ordered.

Dated this 29th day of March, 2001.

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______