**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Superior Wilderness Action Network and Heartwood,

Plaintiffs,

Civil File No. 01-29 (MJD/RLE)

v.

**ORDER**

United States Forest Service, James Sanders, Forest Supervisor, Bruce Slover, District Ranger, and Robert Jacobs, Regional Forester,

Defendants,

and,

North Shore Forest Products, Inc., and Minnesota Timber Producers Association,

Intervenors.

---

This matter is before the Court on Plaintiffs' Motion to Exceed Page Limits. Plaintiffs request that this Court allow them to submit a three-page brief in response to two limited issues: (1) failure to exhaust administrative remedies; and (2) Defendants' motion to strike the affidavits of standing.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion (Clerk Doc. No. 32) is **GRANTED**.

Dated: 12 - 19, 2001

Michael J. Davis
United States District Court Judge

DEC 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK